# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | 8:12CR70 |
| vs. ) | ORDER |
| GUILLERMO MONARREZ and ) ALBERTO RODRIGUEZ-RUIZ, ) | |
|     Defendants. ) | |

This matter is before the court on the motions for an extension of time by defendants Guillermo Monarrez (Filing No. 119) and Alberto Rodriguez-Ruiz (Filing No. 115). The defendants seek until June 22, 2012, in which to file pretrial motions in accordance with the progression order. Upon consideration, the motions will be granted

**IT IS ORDERED:**

Defendant Monarrez's and Rodriguez-Ruiz's motions for an extension of time (Filing Nos. 115 and 119) are granted. Monarrez and Rodriguez-Ruiz are given until **on or before June 22, 2012,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **April 27, 2012, and June 22, 2012**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 27th day of April, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge