# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:12CR70** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **GUILLERMO MONARREZ** | ) | |
| **ALEX BRABLEC** | ) | |
| **YAJAIRA MONARREZ-ZENDEJAS** | ) | |
| **ISRAEL MENDOZA,** | ) | |
| | | |
| **Defendant.** | | |

This matter is before the court on the defendant Israel Mendoza's motion to continue trial [228] due the recently received discovery.   For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.  The jury trial now set for October 2, 2012 is continued to **November 27, 2012.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 27, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 18, 2012.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**